UNITED STATES of America, Plaintiff–Appellee,

v.

**Ruben RUIZ–ROSALES, Defendant–Appellant.**

No. 14–50267.

United States Court of Appeals, Ninth Circuit.

Submitted April 22, 2015.*

Filed April 27, 2015.

Bruce R. Castetter, Assistant U.S., Emily Keifer, Assistant U.S., Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Robert H. Rexrode, III, Law Offices of Robert H. Rexrode, San Diego, CA, for Defendant–Appellant.

Before: GOODWIN, BYBEE, and CHRISTEN, Circuit Judges.

MEMORANDUM **

Ruben Ruiz–Rosales appeals from the district court's judgment and challenges the 30–month sentence following his guilty plea conviction for being a removed alien

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

found in the United States, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

In imposing the 30–month sentence, the district court correctly determined that California Health & Safety Code § 11351 is divisible within the meaning of *Descamps v. United States,* —— U.S. ——, 133 S.Ct. 2276, 186 L.Ed.2d 438 (2013), and therefore subject to the modified categorical approach. *See United States v. Torre–Jimenez,* 771 F.3d 1163, 1167 (9th Cir. 2014) (holding section 11351 is divisible).

**AFFIRMED.**